[No. 39763-3-II.  Division Two.  February 8, 2011.]

DANIEL SZMANIA, *Appellant*, v. COUNTRYWIDE HOMES LOANS,
INC., *Respondent*.

Appeal from a judgment of the Superior Court for Clark County, No. 08-2-07251-1, Barbara D. Johnson, J., entered August 14, 2009. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Worswick, A.C.J., and Hunt, J.

[No. 39856-7-II.  Division Two.  February 8, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD WAYNE
WILSON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 09-1-01121-6, Ronald E. Culpepper, J., entered October 2, 2009. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Worswick, A.C.J., and Hunt, J.

[No. 39938-5-II.  Division Two.  February 8, 2011.]

*In the Matter of the Estate of* SHIRLEY A. HALLMEYER.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-4-01752-7, Rosanne Buckner, J., entered October 23, 2009. *Reversed* and *remanded* by unpublished opinion per Van Deren, J., concurred in by Worswick, A.C.J., and Hunt, J.

[No. 40411-7-II.  Division Two.  February 8, 2011.]

JAMES A. BOYD, *Appellant*, v. HAROLD CLARKE ET AL.,
*Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 07-2-01175-4, Anne Hirsch, J., entered July 23, 2009. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Armstrong and Van Deren, JJ.